UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:04-CR-647 CAS |
| ) | |
| MELODY S. SCHULER, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At the oral request of counsel,

**IT IS HEREBY ORDERED** that the sentencing proceedings of defendant Melody S. Schuler scheduled June 23, 2005 are continued on the Court's docket to **Thursday, June 30, 2005 at 12:00 noon** in Courtroom 12-N.

_(signed)_
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 15th day of June, 2005.